UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22816-CIV-HOEVELER/GARBER

CARMEN DOE,

    Plaintiff,

v.

MIAMI-DADE COUNTY, et al.,

    Defendants.

_____/

## **ORDER**

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge William M. Hoeveler. Pursuant to such reference, the Court has received plaintiff Carmen Doe's Motion to Compel Better Responses to Third Request for Production [DE 103] and defendant Miami-Dade County's Response in Opposition [DE 105]. Upon due consideration, the Motion is hereby GRANTED.

Plaintiff is moving to compel the production of the personnel and training files of Martha Rodriguez, the employee responsible for performing the background investigation of defendant Paul Brosky. Plaintiff contends that this could lead to admissible evidence relating to an allegation in the Third Amended Complaint that the County was deliberately indifferent by hiring and retaining Brodsky, as the information that Rodriguez compiled led to the hiring of Brosky. The County states that Rodriguez merely performed a background investigation and did not make the determination whether to hire Brosky. Defendant contends that Rodriguez's background and training are not related to the County's decision to hire Brosky, nor that anything in her background is relevant to whether the County was deliberately indifferent in its hiring and retention of Brosky.

It is the Court's opinion that these Requests are relevant to Brosky's ability to conduct background checks and could lead to the discovery of admissible evidence.

Plaintiff also requested depositions which the County stated in its Response that it has agreed to produce. Therefore, the Court will not consider this Request. Accordingly, it is hereby

ORDERED that Carmen Doe's Motion to Compel Better Responses to Third Request for Production is GRANTED. Defendant shall produce the requested documents within ten (10) days from the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida this 19th day of January, 2010.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE